**STATE of Missouri EX REL. Steven K. ROTH, Appellant,**

v.

**The Honorable Mark S. SIEDLIK, Administrative Law Judge, Missouri Division of Workers' Compensation, Respondent.**

### WD 79733

Missouri Court of Appeals, Western District.

ORDER FILED: February 28, 2017

Jeffery T. Adams, Clinton, MO, Attorney for Appellant,

Lawrence D. Greenbaum and Douglas M. Greenwald, Kansas City, KS, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Thomas H. Newton and Lisa White Hardwick, Judges

### Order

Per Curiam:

Mr. Steven K. Roth appeals from the Judgment entered by the Circuit Court of Johnson County, Missouri, denying his petition for writ of prohibition or mandamus and quashing its preliminary order and prohibition. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The Judgment is affirmed. Rule 84.16(b).